Appeal No. 07-14-00023-CR
IN THE
Amarillo Court Of Appeals
At Amarillo, TEXAS

01-05-2015-

FILED PURSUANT TO

JAN 0 8 2014

SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

Mark Lucio
Appellant,

V.

The State OF TEXAS
Appellee

APPEAL OF CAUSE NUMBER A-4497-13-06 FROM THE SEVENTH DISTRICT JUDICIAL COURT OF SWISHER COUNTY.

FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS PRO SE BRIEF OR RESPONSE TO ANDER'S BRIEF.

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Comes Now Mark Lucio, Appellant pro se, and respectfully moves the Court to extend the deadline for filing his brief (or response) by thirty days. In support, Appellant would show the following:

I.

On January 29th the jury found appellant guilty of poss. of a controlled substance less than 1 gram. The jury assessed punishment at 5 years imprisonment in the Texas Department of Criminal Justice.

II.

On July 22nd, 2014 Appellant recieved notice by mail that his appeal attorney filed an Anders' brief on his behalf and notice that appellant had right to file a pro se brief or response to the Anders brief.

III.

On November 4th, the Appellate record was first made available to Appellant. The deadline for filing Appellant's brief or response is January 5th, 2015.

IV

This is Appellant's first request for extension. Appellant is unable to meet the deadline for the following reasons: 1) limited access to law library to a couple hours a day 2) limited legal knowledge thereby slowing down my research.

V.

For the reasons stated above, Appellant respectfully requests an additional thirty days to complete the pro se brief or response in support of Appellant's appeal.

VI.

Appellant prays that the Court grant this motion and extend the time to file Appellant's pro se brief or response by thirty days, extending the deadline to February 6th, 2015.

VII

Appellant prays that the Court of appeals suspend the rules governing the number of copies to be filed due to Appellant's inability to make copies.

Respectfully submitted,

Mark Lucio

Appellant, pro se
Bill Clements Unit
9601 Spur 591
Amarillo, TX 79107

Mark Webb #1937528
Bill Clements Unit
9601 Spur 591
Amarillo, TX 79107

ATTN:
Legal mail:

AMARILLO TX 791
05 JAN 2025 PM2 L

Court of Appeals
Seventh District of Texas
P.O. Box 9540
Amarillo, TX 79105-9540


